BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGINDER SINGH, | Case No.: 1:14-CV-1727 SMS |
| Plaintiff, | |
| v. | **Joint Stipulation and Order re: Remand Pursuant to 8 U.S.C. § 1447(b)** |
| JONATHAN CRAWFORD, et al., | |
| Defendants. | |

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to United States Citizenship and Immigration Services with instructions to adjudicate the matter within 45 days of the order of remand.

In the event the adjudication is a denial of naturalization, the parties as well stipulate that jurisdiction will revert to this Court pursuant to 8 U.S.C. § 1421(c). The parties will promptly file a status report in such event.

Each side to bear its own costs of litigation.

1

Dated: January 6, 2015                      Respectfully submitted,

                                                          BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ Audrey B. Hemesath
                                                        AUDREY B. HEMESATH
                                                        Assistant U.S. Attorney


DATED: January 5, 2015                      Respectfully submitted,
                                                        /s/ James Makasian
                                                        James Makasian
                                                        Attorney for the Plaintiff


## ORDER

    Pursuant to 8 U.S.C. § 1447(b), United States Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 45 days.


DATED: 1/12/2015                            /s/ SANDRA M. SNYDER
                                                        UNITED STATES MAGISTRATE JUDGE